Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HECTOR TORRES                                          08 CV 6492 (JSR)

            Plaintiff,                         **CERTIFICATE OF SERVICE**

   -against-

VECTORMAX CORPORATION

            Defendant.
------------------------------------------------------------------x

I hereby certify under penalty of perjury that a true and correct copy of the foregoing Summons and Complaint, by causing same to be sent via hand delivery on July 22, 2008 to the addresses listed below:

        VectorMax Corporation
        c/o Bettina C. Elstroth, Esq.
        Stursberg & Associates, LLC
        405 Lexington Avenue, Ste 4949
        New York, New York 10147-4902
        (212) 922-1177

Dated:    New York, New York
          July 22, 2008

                                                  _____
                                                  Dorothy M. Weber (DW4734)